UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CASEY KLAIZNER,<br><br>                    Plaintiff(s),<br><br>      v.<br><br>COUNTRYWIDE FINANCIAL, et al.,<br><br>                    Defendant(s). | Case No. 2:14-CV-1543 JCM (PAL)<br><br>ORDER |

Presently before the court is defendant Green Tree Servicing LLC's motion to expunge *lis pendens*. (ECF No. 26). *Pro se* plaintiff Casey Klaizner has not filed a response, and the time for doing so has passed. Defendant filed a notice of Klaizner's non-opposition. (ECF No. 28).

Pursuant to Local Rule 7-2, an opposing party must file points and authorities in response to a motion and failure to file a timely response constitutes the party's consent to the granting of the motion. *See* D. NEV. R. 7-2(d). Plaintiff's failure to file points and authorities in response to defendant's motion constitutes consent to the court granting the motion.

The complaint in this matter was dismissed by the court on February 12, 2016. The court entered judgment and the case was closed. (ECF Nos. 24, 25). Plaintiff has not filed a notice of appeal, and the time for doing so has passed. *See* FED. R. APP. P. 4(a)(1)(A). Accordingly, expungement of the *lis pendens* is appropriate.

Accordingly, with good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Green Tree Servicing LLC's motion to expunge *lis pendens* (ECF No. 26) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the notice of pendency of action or *lis pendens* recorded by plaintiff Casey Klaizner in relation to this matter, instrument no. 20140813-0002405, as to a certain parcel of real property, with assessor's parcel no. 177-14-613-035, shall be EXPUNGED.

DATED June 7, 2016.

_____
UNITED STATES DISTRICT JUDGE

- 2 -